NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

FLASHPOINT TECHNOLOGY, INC.,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

HTC CORPORATION AND HTC AMERICA, INC.,
*Intervenors.*

---

2012-1149

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-726.

---

ON MOTION

---

ORDER

Flashpoint Technology, Inc. moves unopposed for leave to file corrected confidential and non-confidential briefs with briefs attached.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 0 3 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  William D. Belanger, Esq.
     Jia Chen, Esq.
     John P. Schnurer, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 3 2012

JAN HORBALY
CLERK